In the Matter of the Claim of LILY YEARICH, Respondent, against ROOSEVELT HOSPITAL and ÆTNA CASUALTY & SURETY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Respondent has an award on account of

disability caused by tuberculosis contracted as an occupational disease while employed by a general hospital wherein there were patients suffering from tuberculosis, who were attended by claimant. The evidence sustains the award. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.